In the Matter of AUSTIN M. and Another, Infants. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. DALE M., Respondent. [948 NYS2d 811]—

1170

Present—Scudder, P.J., Smith, Centra, Sconiers and Martoche, JJ.